[No. 36368-9-I.     Division One.     September 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
EDWARD STEPHENSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-08225-8, LeRoy McCullough, J., entered
February 24, 1996. *Affirmed* by unpublished opinion per
Cox, J., concurred in by Kennedy, A.C.J., and Grosse, J.


[No. 37162-2-I.     Division One.     September 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCO
CELLON WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-01561-8, Linda Lau, J., entered August
21, 1995. *Affirmed* by unpublished opinion per Cox, J.,
concurred in by Baker, C.J., and Agid, J.


[No. 14826-2-III.     Division Three.     September 10, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO
MADRIGAL ZAMBRANO, *Appellant*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 94-8-00771-7, Mike R. Johnston, Commis-
sioner, entered April 17, 1995. *Affirmed* by unpublished
opinion per Schultheis, A.C.J., concurred in by Munson
and Thompson, JJ.


[Nos. 34543-5-I; 34606-7-I.     Division One.     April 15, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
AUDENCIO CHAVEZ, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. CEDRIC
DALE, *Appellant*.

Appeals from judgments of the Superior Court for King
County, Nos. 93-1-07423-5 and 93-1-07244-5, Brian D. Gain,
J., entered April 29, 1994. *Affirmed* by unpublished opinion
per Webster, J., concurred in by Coleman and Ellington,
JJ.